UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF TEXAS
San Antonio Division

FILED
JUN 26 2023
U.S. BANKRUPTCY COURT
BY_____ DEPUTY

IN RE: Fernando A. Garza

CASE NO: 23-50802 P

### PRO SE FILING QUESTIONNAIRE

(1) A. Did anyone assist you in completing your petition or schedules? NO.

B. If so, please provide their name, address and phone number, if available.

(2) A. If someone assisted you, have you paid or promised to pay that person a fee for assisting you in filing this petition or completing forms?

B. If so, what amount did you pay or promise to pay?

(3) Other than in Question #2, have you paid or promised to pay anyone a fee in connection with filing this bankruptcy petition?

*I declare under penalty of perjury that the foregoing is true and correct.*

210 323-7908

_Fernando Garza_ — 6/26/2023

Signature of Pro Se Debtor(s)