*#14 Order to Fernando Alfonso Garza Debtor to Appear and Show Cause to determine whether this case should be dismissed for the Debtors failure to timely pay at least half of the filing fee.*

*#21 Motion for Relief from Automatic Stay as to 7107 Elk Trail, San Antonio, Texas 78244 filed by Kathryn Dahlin for Creditor Lakeview Loan Servicing, LLC.*

## EXHIBIT AND WITNESS LIST

AO 187 (REV. 4/82)

| Fernando Garza vs. U.S. Trustee's Office | | DISTRICT COURT Western (**SAN ANTONIO**) |
|---|---|---|
| PLAINTIFF'S ATTORNEY<br><br>**Pro Se** | DEFENDANT'S ATTORNEY<br><br>**Aubrey Thomas** | DOCKET NUMBER<br>**23-50802 P-7** |
| | | TRIAL DATE(S)<br>**September 5, 2023** |
| PRESIDING JUDGE<br>**MICHAEL M. PARKER** | ELECTRONIC COURT RECORDING OPERATOR<br>**Alma Sosa** | COURTROOM DEPUTY<br><br>**Deanna Castleberry** |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS * AND WITNESSES |
|---|---|---|---|---|---|
| | | | | | |
| W/1 | | 9/5/23 | -------- | -------- | **FERNANDO ALFONSO GARZA** |
| | | | | | |
| | | | | | FILED |
| | | | | | SEP 05 2023 |
| | | | | | U.S. BANKRUPTCY COURT BY_____DEPUTY |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |