# UNITED STATES BANKRUPTCY COURT
## *Western District of Texas*
**615 E. HOUSTON STREET, ROOM 597**
**SAN ANTONIO, TX 78205**

*Barry D. Knight* (210) 472–6720
CLERK OF COURT

**DATE:** September 7, 2023

**Fernando Alfonso Garza**
**2502 Babcock Rd**
**#2103**
**San Antonio, TX 78229**

**RE:** Bankruptcy Case No.: **23–50802–mmp**
Case Style: Fernando Alfonso Garza

An order was entered on **9/7/23**, dismissing your bankruptcy case. The dismissal of your case does not relieve you of the obligation to pay your filing fee in full. The balance of **288.00** is due immediately.

If you filed other bankruptcy cases in the past you might also owe filing fees for those cases. Please call or visit the Clerk's office to see if you owe filing fees for other cases.

Please remit the filing fee to:

**U.S. Bankruptcy Clerk's Office**
**615 E. HOUSTON STREET, ROOM 597**
**SAN ANTONIO, TX 78205**

If you have any questions please feel free to contact me at (210) 472–6720.

Sincerely,

Daniel Paez
Deputy Clerk, U. S. Bankruptcy Court

San Antonio Division

---

903 San Jacinto, Suite 322
Austin, Texas 78701
(512) 916–5237

511 E. San Antonio Avenue, Suite 444
El Paso, Texas 79901
(915) 779–7362

800 Franklin Avenue, Suite 140
Waco, Texas 76701
(254) 750–1513

[Fee Demand Letter] [Ltrdmndfee]